**SO ORDERED.**

TIFFANY & BOSCO
P.A.

**Dated: December 22, 2009**



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27225/1205207601

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jay Thomas Jansen<br>      Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for HEAT 2005-8 By its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br>      Movant,<br>  vs.<br>Jay Thomas Jansen, Debtor, David A. Birdsell, Trustee.<br>      Respondents. | No. 2:09-bk-10018-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #31) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 22, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for HEAT 2005-8 By its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. is the current beneficiary and Jay Thomas Jansen has an interest in, further described as:

> Unit One Hundred Sixty (160), Building Fifteen (15), RENAISSANCE PARK PHASE III, according to Declaration of Horizontal Property Regime recorded May 8, 1985 in 85-204543 Official Records, and Declaration of Annexation recorded July 31, 1985 in 85-356015, Official Records and per Map recorded in Book 288 of Maps, page 11, in the office of the County Recorder of Maricopa County, Arizona;

> TOGETHER WITH a proportionate interest in and to the common areas, as set forth in said Declaration of Horizontal Property Regime and as shown on said Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT